UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> SPENCER CORNELIA; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> OPTIMIZED LIFESTYLE LLC; et al., <br><br> Defendants. | No. 23-3227 <br><br> D.C. Nos. <br> 2:21-cv-01173-JCM-EJY <br> 2:22-cv-00740-JCM-EJY <br> District of Nevada, <br> Las Vegas <br><br> ORDER |
| WEALTHY INC. and DALE BUCZKOWSKI, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> SPENCER CORNELIA; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> JOHN MULVEHILL and JOHN ANTHONY LIFESTYLE, LLC, <br><br> Defendants. | No. 23-3390 <br> D.C. Nos. <br> 2:21-cv-01173-JCM-EJY <br> 2:22-cv-00740-JCM-EJY <br> District of Nevada, <br> Las Vegas |

| | |
|---|---|
| WEALTHY INC. and DALE BUCZKOWSKI,<br><br>    Plaintiffs - Appellants,<br><br>  v.<br><br>SPENCER CORNELIA; et al.,<br><br>    Defendants - Appellees. | No. 24-159<br>D.C. No.<br>2:21-cv-01173-JCM-EJY<br>District of Nevada,<br>Las Vegas |

Before: PAEZ and OWENS, Circuit Judges, and SEEBORG, Chief District Judge.[*]

The panel has voted to deny Appellants' petition for panel rehearing, Dkt. No. 76.

Appellants' petition for panel rehearing is DENIED.

---

[*]     The Honorable Richard Seeborg, United States Chief District Judge for the Northern District of California, sitting by designation.

2                                                                              23-3227