

**Marc J. Randazza, JD, MAMC, LLM**
Licensed in AZ, CA, FL, MA, NV

**9 April 2026**

<u>Via ACMS</u>
Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit

> *Re:* **Request for Issuance of Mandate**
> ***Wealthy Inc., et al v. Spencer Cornelia, et al.***
> **Nos. 23-3327, 23-3390, and 24-159**

Dear Clerk Dwyer,

Pursuant to the Circuit Advisory Committee Note to Local Rule 25-2, please take notice that the mandate has not issued within 28 days after the time to file a petition for rehearing has expired in this consolidated matter.

The Amended Decision was issued on February 25, 2026. As such, the deadline to file a petition for rehearing was March 11, 2026. Although Plaintiff-Appellant Dale Buczkowski filed a motion for leave to file a petition for rehearing, the petition itself was never filed.

It has now been 29 days since the deadline to file. As such, undersigned counsel, on behalf of Defendants-Appellees Spencer Cornelia, Cornelia Media LLC, and Cornelia Education LLC, respectfully request that this Court issue the Mandate.

Request for Issuance of Mandate
Page 2 of 2



Respectfully Submitted,

Marc J. Randazza
Alex J. Shepard
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Rd., Ste B
Las Vegas, Nevada 89147
Tel: 702-420-2001
ecf@randazza.com

cc:     All Parties via ACMS